### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

Eastern District of Kentucky
**F I L E D**

MAR 2 8 2024

AT LONDON
ROBERT R CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 6:24-CR-018-REW

**JAMES CHARLES FLEMING,**
   aka J.C.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in August of 2023, the exact date unknown, and continuing

through on or about February 20, 2024, in Rockcastle County and Madison County, in

the Eastern District of Kentucky, and elsewhere,

### JAMES CHARLES FLEMING,
#### aka J.C.,

did conspire with others to knowingly and intentionally distribute 500 grams or more of a

mixture or substance containing a detectible amount of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C.

§ 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about February 20, 2024, in Madison County, in the Eastern District of

Kentucky,

**JAMES CHARLES FLEMING,**
**aka J.C.,**

did knowingly and intentionally possess with the intent to distribute 500 grams or more

of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1&2:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**If Prior Serious Drug Felony or Serious Violent Felony Conviction:**
Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.